IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-mj-229 |
| SEBAIKE MWENDAPEKE, | ) |
| "Damu Damu," | ) |
| | ) |
| Defendant. | ) |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>**

I, Sergeant Jonathan Whitson, being duly sworn, state the following:

1. I entered on duty with the United States Park Police (USPP) in May 2010. I graduated from the Federal Law Enforcement Training Center in September 2010. As a USPP officer, I have received training in the enforcement of Federal laws and regulations.

2. This affidavit is submitted in support of a criminal complaint charging that on or about August 5, 2020, in Arlington County, Virginia, within the Eastern District of Virginia, SEBAIKE MWENDAPEKE, also known as "Damu Damu," did unlawfully and recklessly create a risk of public alarm or nuisance by engaging in a display and act that was obscene, in violation of 36 C.F.R. § 2.34 (a)(2).

3. The information contained in this affidavit is based upon information provided to me by other law enforcement officials, including USPP Officer Nicholas Hafner. This affidavit contains information necessary to support probable cause, but it is not intended to include each and every fact and matter observed by me or known to the United States.

4. Gravelly Point Park is owned and administered by the Department of Interior and the National Park Service. It is adjacent to the George Washington Memorial Parkway and located in Arlington County, within the Eastern District of Virginia.

5. On Wednesday, August 5, 2020, at approximately 7:38 p.m., Officer Hafner was dispatched to Gravelly Point for a report of a male subject exposing himself in public. Two separate callers had told USPP that the subject was exposing himself, but both callers refused to standby for the arrival of law enforcement officers and did not want to file a report.

6. Once on scene, Officer Hafner noticed an individual, later identified as MWENDAPEKE, wearing only red boxer shorts standing in a field near multiple groups of individuals and families. Officer Hafner exited his vehicle, approached MWENDAPEKE, and asked him if was exposing himself in public. MWENDAPEKE stated that he was not. Officer Hafner told MWENDAPEKE that USPP had received two calls about him and asked MWENDAPEKE if he was willing leave the area. MWENDAPEKE agreed.

7. Officer Hafner then proceeded to further investigate the complaints. Officer Hafner asked a group of individuals if they saw MWENDAPEKE doing anything inappropriate. A few people responded affirmatively. Officer Hafner then asked the group if anyone was willing to write a statement of what they saw. All stated that they didn't want to get involved. Officer Hafner told the group that he could not take action without a witness. In response, one witness said that she had witnessed MWENDAPEKE expose himself and touch his penis.

8. Officer Hafner caught up to MWENDAPEKE, stopped him, and placed him under arrest. USPP Officer Lee Kleinmann subsequently arrived on scene and advised Officer Hafner that he had investigated MWENDAPEKE for engaging in obscene acts in public on July 30, 2020. The complainant in Officer Kleinmann's case, however, refused to provide a statement.

9. Officer Hafner transported MWENDAPEKE back to the original area of the incident. The witness identified MWENDAPEKE as the person she saw masturbating. The witness wrote a statement that MWENDAPEKE "pulled the top part of his shorts towards his groin and started to touch himself. He did so for close to the length of my group's workout - approx. 45 min. He was making rapid up and down movements on his groin and penis, he was casual about his action, gyrated and continued doing this facing the group, facing the parking lot facing the path while numerous people and children passed by."

10. MWENDAPEKE identified himself to Officer Hafner as "Damu Damu." He was transported to the USPP District 2 station for processing. MWENDAPEKE's fingerprints and arrest history identified his true name as SEBAIKE MWENDAPEKE.

11. The Metropolitan Washington Airport Authority Police Department provided information that their officers had encountered MWENDAPEKE on July 24 and 28, 2020, and had transported him to Virginia Hospital Center on each occasion for mental health treatment.

12. Based on the foregoing, I submit there is probable cause to believe that on or about August 5, 2020, in Arlington County, Virginia, within the Eastern District of Virginia, SEBAIKE MWENDAPEKE, also known as "Damu Damu," did unlawfully and recklessly create a risk of public alarm or nuisance by engaging in a display and act that was obscene, in violation of 36 C.F.R. § 2.34 (a) (2).

*J. Whitson*
Sergeant Jonathan Whitson
United States Park Police

Subscribed and sworn to by telephone in
accordance with Fed. R. Crim. P. 4.1,
this 6th day of August 2020.

*IDD*
The Honorable Ivan D. Davis
United States Magistrate Judge